IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JESSICA LEE SERGENT

        Plaintiff,

v.                                  CIVIL ACTION NO. 2:19-cv-00416

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On April 9, 2020, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 10], and recommended that the court **DENY** Claimant's request to reverse the Commissioner's decision, [ECF No. 8], **GRANT** the Commissioner's request to affirm his decision, [ECF No. 9], **AFFIRM** the final decision of the Commissioner, and **DISMISS** this action from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de

novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Claimant's request to reverse the Commissioner's decision, [ECF No. 8], **GRANTS** the Commissioner's request to affirm his decision, [ECF No. 9], **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:    July 28, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE